**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**LAVARIOUS JONES**                                              **PLAINTIFF**

**v.**                        **No: 3:20-cv-00113 DPM-PSH**

**BRENT COX,** *et al.*                                      **DEFENDANTS**

**ORDER**

Having reviewed Plaintiff Lavarious Jones' amended complaint (Doc. No. 5) for screening purposes,[1] it appears that service is appropriate with respect to Jones' claims against the defendants.[2] The Clerk of the Court shall prepare summonses for the defendants, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 5) and summons on each defendant without prepayment of fees and costs or security therefor. Service should be attempted

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] Because Jones indicates he is a pre-trial detainee, his claims are analyzed under the Due Process clause of the Fourteenth Amendment rather than the Eighth Amendment's prohibition on cruel and unusual punishment. *See Stearns v. Inmate Servs. Corp.,* 957 F.3d 902, 908 (8th Cir. 2020) (finding that the proper standard applicable to a pre-trial detainee is whether conditions amount to punishment).

through the Greene County Sheriff's Office.³

IT IS SO ORDERED this 22nd day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

---

³ If any of the Defendants are no longer County employees, the individual responding to service must file a **SEALED** statement providing the unserved Defendant's last known private mailing address.