# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**LAVARIOUS JONES**
ADC #152664                                                   **PLAINTIFF**

v.                              **No. 3:20-cv-73-DPM-JTK**

DON CRITTDEN, "Critteden,"
Assistant Admin, Greene County;
WEST, Sergeant, Greene County;
BAILY, Sergeant, Greene County;
and BRENT COX, Jail Admin,
Greene County                                              **DEFENDANTS**

## ORDER

**1.** The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 40*.   FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).   Jones's supplemented motion for preliminary injunctive relief, *Doc. 36 & 37*, is denied.

**2.** I've consulted with both Magistrate Judges.   They agree with me:   This case and *Jones v. Cox*, No. 3:20-cv-113-DPM-PSH, should be handled together.   FED. R. CIV. P. 42(a)(2).   The Court directs the Clerk to file a copy of this Order in *Jones v. Cox*.   The referral to Magistrate Judge Harris is withdrawn.   *Jones v. Cox* is referred to Magistrate Judge Kearney.   The motion to consolidate, *Doc. 41*, is granted.   This case will be the lead case.

So Ordered.

_W.P. Marshall Jr._

D.P. Marshall Jr.
United States District Judge

31 July 2020