IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LAVARIOUS JONES                                                                    PLAINTIFF

v.                              No. 3:20-cv-113-DPM

BRENT COX, Jail Admin., Greene
County Correctional Facility;   DON
CRITTDENE, Greene County Detention
Center;   STEVE FRANK, Sheriff
Greene County; and DOES, Greene
County Jail Staff                                                                  DEFENDANTS

## JUDGMENT

Jones's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 October 2020